DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
Michael A. Humphreys
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: michael.humphreys@*usdoj.gov*
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:12-CV-885-APG-(CWH) |
| 2002 MERCEDES-BENZ CLK 55 VIN NO. WDBLK74G32T111035, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

COMES NOW the United States of America and provides a joint status report on this matter.

**Background**

On March 19, 2014, the United States appeared before the Court for a status conference and informed the Court that the Government was still in the process of notifying approximately 340 additional victims which had recently been identified as potential interest holders and claimants in the 2002 MERCEDES-BENZ CLK 55 VIN NO. WDBLK74G32T111035. Accordingly, the Court ordered that in 60 days a joint status report should be filed explaining the status of the service of process of the additional 340 victims in this case.

. . .

**Current Status**

Of the 367 victims that were identified by the United States, 269 have been successfully served by regular U.S. Mail, certified U.S. Mail return receipt requested, express overnight mail, and/or personal service, while the Government is still waiting to see if 52 of the items sent through these exact same methods will be served successfully as well (it should be noted that 26 of the 52 victims discussed above are being served outside of the United States).

Of the original 367 victims that the United States attempted to serve, 17 were found to have addresses that were no longer correct. As such, new addresses have been identified for these 17 victims and the Government has sent a second, and in some cases third, set of notices to them. The Government is still waiting to see if the service on these 17 individuals will be successful.

Finally, the Government has attempted to serve 29 of those victims with no success.  The FBI has exhausted all reasonable efforts in its attempts to locate and serve these 29 individuals; and will provide this Court with a declaration describing the Government's due diligence in attempting to serve these individuals.

| Service Status | Victims |
|---|---|
| Service successful: | 269 |
| Service pending on first attempt: | 52 |
| Service pending on second or third attempt: | 17 |
| Whereabouts Unknown - Cannot be served: | 29 |
| Total victims: | 367 |

The United States requests the Court to provide until Monday, July 21, 2014, to further complete the service of process on the remaining 69 victims, at which time the Government can provide a joint status report.

. . .

2

1  Opposing counsel Herbert Sachs, Esq. was informed of the United States' request on May 21,
2  2014, and stated on May 28, 2014, that he had no objections to it.
3  If this Court has any questions regarding this matter, the undersigned counsel will make
4  himself available at this Court's discretion to answer such questions.
5  Dated this 28th day of May, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/S/ Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 29, 2014

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Joint Status Report on May 28, 2014, by the below identified method of service:

CM/ECF

Herbert Sachs
Herbert Sachs, Esq.
819 South Sixth Street
Las Vegas, NV 89101
hsachsesq@gmail.com
Attorney for interested party
Delyana Nedyalkova

*/s/ Ray Southwick*
Ray Southwick
Forfeiture Support Associates Paralegal

4